UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RANGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE OF CALIFORNIA,<br><br>    Defendant. | Case No. 16-cv-00497-EMC<br><br>**ORDER**<br><br>Docket No. 10 |

The Court dismissed this action without prejudice to Petitioner filing a new petition for writ of habeas corpus if he ever received permission from the Ninth Circuit to file a second or successive petition. Petitioner then sent a letter asking for a copy of his petition and an extension of time to submit the order from the Ninth Circuit. Docket No. 10.

There is no formal deadline for submitting an order permitting a second or successive petition, so there is no deadline for this Court to extend. Petitioner should be diligent and file a new petition for writ of habeas corpus (which will be filed as a new action, rather than as an amended petition in this action) only after he obtains permission to do so from the Ninth Circuit. Petitioner should not file any more documents/requests in this action because it is closed. The Clerk will send to Petitioner a copy of Docket No. 1.

**IT IS SO ORDERED**.

Dated: April 25, 2016

EDWARD M. CHEN
United States District Judge